# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8674
Fax: 919-861-5555

**DATE:** September 8, 2017

**FROM:** Michael C. Brittain
Supervising U.S. Probation Officer

**SUBJECT:** WALL, Richmond
Case No.: 5:16-CR-8-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On December 18, 1998, after being found guilty of Conspiracy to Possess With Intent to Distribute and to Distribute 1 Kilogram or More of Heroin, Marijuana, Cocaine, and "Crack" Cocaine, Richmond Wall appeared in United States District Court for the Eastern District of Virginia, and was sentenced to 325 months imprisonment to be followed by 5 years supervised release. On August 18, 2015, pursuant to 18 U.S.C. § 3582(c)(2), imprisonment was reduced to 235 months.

The defendant was released from custody on October 30, 2015, and began supervision in the Eastern District of North Carolina. On January 11, 2016, jurisdiction was transferred to the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since September 2016. His term of supervision is set to expire on October 29, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and Assistant U.S. Attorney Leslie Cooley concurs with the recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     9-9-17
Terrence W. Boyle                  Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:16-CR-8-1BO

RICHMOND WALL

    On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Michael C. Brittain  
> Michael C. Brittain  
> Supervising U.S. Probation Officer  
> 310 New Bern Avenue, Room 610  
> Raleigh, NC 27601-1441  
> Phone: 919-861-8674  
> Executed On: September 8, 2017

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___8___ day of ___September___, 2017.

Terrence W. Boyle  
U.S. District Judge